# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LANCE REBERGER, | ) | 3:17-cv-00077-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 22, 2018 |
| | ) | |
| VERN HARLOW, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Court Order to the A.G. Office to Accept Service on the Three Remaining Defendants" (ECF No. 33). The court cannot order the Attorney General to accept service on behalf of any named Defendant and to that extent Plaintiff's motion (ECF No. 33) is **DENIED**.

However, the court interprets Plaintiff's motion as one requesting substitution of the identities of the persons sued in this case by first names for their full names, i.e., Vern Harlow for "Vern," Summer Westbay for "Westfay," and Deborah Comparoni for "Debbie." This action shall proceed henceforth against those individuals using the names provided by Plaintiff.

This court's "4(m)" order (ECF No. 24) and this court's order regarding a deadline to effect service on Defendants "Vern, Westbay and Debbie" (ECF No. 29) are **VACATED**.

Defendants' counsel shall advise the court **on or before the date set for a status conference in this matter, i.e., August 31, 2018** (ECF No. 36), whether the Office of the Attorney General can accept service for Defendants Harlow, Westbay and Comparoni.

/ / /

      Plaintiff is reminded that although the court will address Plaintiff's Motion to Extend the Discovery Deadline (ECF No. 34) at the status discovery conference set for August 31, 2018, the deadline for filing a response to the Motion for Summary Judgment (ECF No. 17) remains due on or before **September 25, 2018** (ECF No. 27).

      Last, Plaintiff is advised that any filings made in this case, i.e., 3:17-cv-00077-MMD-WGC, must be complete in and of itself. Although the court is aware Plaintiff has another civil rights case pending in 3:15-cv-00468-MMD-VPC, the court will not turn to any documents Plaintiff may have filed in that case for utilization in this case.

      **IT IS SO ORDERED.**

                                           DEBRA K. KEMPI, CLERK

                                           By:       /s/
                                                      Deputy Clerk