# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LANCE REBERGER, | ) | 3:17-cv-00077-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 28, 2018 |
| VERN HARLOW, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment (ECF No. 60). Plaintiff requests to and including January 8, 2019, to file his opposition to Defendants' Motion for Summary Judgment (ECF No. 17).

Good cause appearing, Plaintiff's Motion for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment (ECF No. 60) is **GRANTED**. Plaintiff shall have to and including **January 8, 2019**, to file his opposition to Defendants' Motion for Summary Judgment (ECF No. 17). **THERE SHALL BE NO FURTHER EXTENSIONS GRANTED.**

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/
Deputy Clerk