# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LANCE REBERGER, | ) | 3:17-cv-00077-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 31, 2019 |
| | ) | |
| VERN HARLOW, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KAREN WALKER  REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On April 17, 2019, Defendants filed their Motion for Summary Judgment (ECF No. 102) in this action. To date, Plaintiff has failed to oppose the motion.

Plaintiff shall be given an additional **twenty (20) days** from the date of this order within which to file an opposition to Defendants' Motion for Summary Judgment (ECF No. 102).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
 Deputy Clerk