# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| LANCE REBERGER, | ) | 3:17-cv-00077-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 19, 2019 |
| | ) | |
| VERN HARLOW, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER      REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Before the court is Plaintiff's Motion for Extension of Time to File Opposition to Renewed Motion for Summary Judgment (ECF No. 115). Plaintiff requests to and including November 7, 2019, to file his opposition to Defendants' Renewed Motion for Summary Judgment (ECF No. 102).

     Plaintiff's Motion for Extension of Time to File Opposition to Renewed Motion for Summary Judgment (ECF No. 115) is **GRANTED**. Plaintiff shall have to and including **November 7, 2019,** to file his opposition to Defendants' Renewed Motion for Summary Judgment (ECF No. 102).

     **THERE  SHALL BE NO FURTHER EXTENSIONS GRANTED.**

     **IT IS SO ORDERED.**

                    DEBRA K. KEMPI, CLERK

                    By: _____/s/_____
                             Deputy Clerk